GEORGE M. SMALLEY, Respondent, *v.* CHARLES B. BENEDICT, Appellant.

(Argued October 27, 1933; decided November 21, 1933.)

*Byron A. Johnson* for appellant.

*Charles B. Bechtold* and *Frank A. Pfalzer* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.